# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

ERIC LAMONT MANUEL

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Case Number: 4:06CR00137-01-WRW

USM Number: 24136-009

KIM DRIGGERS
Defendant's Attorney

**Date of Previous Judgment:** 12/19/2006
(Use Date of Last Amended Judgment, if Applicable)

Upon motion of [X] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.
[X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of: **70** months is reduced to **60**

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure /Variance/Rule 35): **27**

Amended Offense Level: **25**

Criminal History Category: **I**

Criminal History Category: **I**

Previous Guideline Range: **70** to **87** months

Amended Guideline Range: **60** to **71** months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (Specify):

## III. ADDITIONAL COMMENTS:

Except as provided above, all provisions of the judgment dated 12/19/2006 shall remain in effect.

**IT IS SO ORDERED.**

| 06/12/2008 | /s/ Wm. R. Wilson, Jr. |
|---|---|
| Date of Order | Signature of Judge |
| 06/12/2008 | Wm. R. Wilson, Jr., U.S. District Judge |
| Effective Date (if delayed) | Name and Title of Judge |