IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      4:06-CR-00137-01-BRW

ERIC LAMONT MANUEL

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (Doc. No. 52). The Clerk's office is directed to issue a summons for the defendant, Eric Lamont Manuel, and a Hearing on the Motion is set for Friday, November 22, 2013, at 11:00 a.m., before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, **Courtroom #389**, Little Rock, Arkansas.

Kim Driggers, Assistant Federal Public Defender, is appointed to represent Mr. Manuel.

IT IS SO ORDERED this 31st day of October, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE